# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff,   ) | |
| ) | 2:13-cr-00046-JRS-CMM-1 |
|     vs.   ) | |
| ) | |
| BRADLEY M. VANDIVIER,   ) | |
|     Defendant   ) | |

## REPORT AND RECOMMENDATION

On October 26, 2023, the Court held an initial hearing on the Petition for Warrant/Violation for Offender Under Supervision filed on October 18, 2023 [Dkt. 45]. ("Defendant") appeared with FCD counsel, William Dazey. The Government appeared by Todd Shellenbarger, Assistant United States Attorney. U. S. Probation appeared by Officer Jennifer Considine on behalf of Katrina Sanders.

The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would admit Violation Numbers 1 and 2 of petition Docket No. [45] and leave the disposition to the Court's discretion following argument. The Court found that the defendant committed both violations. A final hearing on this matter was set for December 5, 2023, at 1:30 p.m. This hearing has since been vacated after Defendant's probation officer submitted an interim report to the Court and the parties reporting that the Defendant has now become compliant with his supervised release conditions and is in the process of regaining employment as directed by Court. The report also withdrew the probation department's request for

further sanctions related to the defendant's admitted violations which was also agreed upon by the Government.

  In light of these developments, the Magistrate Judge recommends to the District Judge that the USPO Petition be DISMISSED AS MOOT.

Dated: January 26, 2024

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system