UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-00046-JRS-CMM |
| | ) | |
| BRADLEY M. VANDIVIER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 26, 2024, the Magistrate Judge submitted his Report and Recommendation (ECF No. 60) regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, and the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (ECF No. 45) is DISMISSED AS MOOT.

Date: 1/29/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.

Electronic Notice to USPO
Electronic Notice to USM-C

–1–